# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 1, 2005

TO:     COUNSEL

RE:     United States v. Albert Schock
        Civil Action No. 99-787 GMS

Dear Counsel:

    This case has been stayed since September 24, 2003, pending an appeal to the United States Court of Appeals for the Third Circuit. Upon reviewing the docket sheet in the Court of Appeals case, 03-3134, it appears that the court dismissed the appeal, without prejudice, on February 3, 2004. Please submit a jointly prepared status report, via electronic case filing, as to the status of this case in the district court.

    Thank you.

                    Very truly yours,

                        /s/

                    Marie McDavid
                    Case Manager