

If you view the full docket, you will be charged for 4 Pages   $ 0.32

## US Court of Appeals for the Third Circuit
## Case Summary

```
Court of Appeals Docket #: 03-3134                          Filed: 7/24/03
Nsuit: 1870  Tax Suits: Taxes
USA v. Schock, et al
Appeal from: U.S. District Court for the District of Delaware

Lower court information:
    District: 0311-1 : 99-cv-00787
    Trial Judge: Gregory M. Sleet, District Judge
```

| Date | Entry |
|---|---|
| 7/30/03 | CLERK'S LETTER to counsel advising appeal has been listed for possible dismissal due to jurisdictional defect. (drc) |
| 8/5/03 | APPEARANCE from Attorney Henry A. Heiman on behalf of Appellants Albert Schock and Appellant Woldemar Schock, filed. (drc) |
| 8/5/03 | DISCLOSURE STATEMENT on behalf of Appellants Albert Schock and Appellant Woldemar Schock, filed. (drc) |
| 8/5/03 | INFORMATION STATEMENT on behalf of Appellants Albert Schock, and Woldemar Schock, received. (drc) |
| 8/5/03 | CONCISE SUMMARY OF CASE on behalf of Appellants Albert Schock and Woldemar Schock, received. (drc) |
| 8/5/03 | TRANSCRIPT PURCHASE ORDER (PART I), no proceedings in District Court. (drc) |
| 8/5/03 | APPEARANCE from Attorney Bethany B. Hauser on behalf of Appellee USA, filed. (drc) |
| 8/8/03 | APPEARANCE from Attorney David E. Carmack on behalf of Appellee USA, filed. (drc) |
| 8/8/03 | RESPONSE on behalf of Appellee USA to clerk's letter for possible dismissal due to jurisdictional defect, filed. Certificate of Service dated 8/7/03. (drc) |
| 8/11/03 | MOTION by Appellants Albert Schock & Woldemar Schock to dismiss pursuant to FRAP 42(b) filed. Answer due 8/25/03. Certificate of Service dated 8/8/03. (drc) |
| 2/3/04 | ORDER (Clerk) granting motion to dismiss pursuant FRAP 42(b) by Appellants Albert Schock & Woldemar Schock. The appeal is hereby dismissed without prejudice. In light of the fact that the order being appealed is not final and has not been certified by the district Court pursuant to Fed. R. Civ. P. 54(b), appellants may raise this order on appeal from the final judgment in this case, filed. Procedurally Terminated Without Judicial Action; F.R.A.P. 42. (drc) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/01/2005 11:12:38 ||||
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | dkt summary | **Case Number:** | 03-3134 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |