IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 99-787-GMS |
| | ) | |
| ALBERT SCHOCK, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

    The parties, by and through their undersigned counsel, hereby inform the Court of the status of this case. On November 15, 1999, the United States filed a complaint to reduce the three above-referenced trust fund tax assessments made against Albert and Woldemar Schock to judgment and to foreclose on property subject to Federal tax liens against both defendants. In April 2003, the United States filed a motion for partial summary judgment seeking an order reducing the tax assessments made against Albert and Woldemar Schock to judgment. The Court granted the motion. There remains an issue involving the foreclosure of the property subject to the Federal tax liens filed against Albert and Woldemar Schock. Subject to the approval of the Court, the United States will file a motion for partial summary judgment on the remaining issue within sixty (60) days.

                                                        COLM F. CONNOLLY
                                                        United States Attorney

| /s/Henry A. Heiman | By: /s/Patricia C. Hannigan |
|---|---|
| Henry A. Heiman, Esquire | Patricia C. Hannigan |
| Heiman gouge & Kaufman | Assistant United States Attorney |
| Delaware Bar I.D. No.127 | Delaware Bar I.D. No.2145 |
| 702 King Street, Suite 600 | The Nemours Building |
| Wilmington, DE  19801 | 1007 Orange Street, Suite 700 |
| (302) 658-1800 | P.O. Box 2046 |
| hheiman@hgkde.com | Wilmington, Delaware 19899-2046 |
| | (302) 573-6277 |
| | Patricia.Hannigan@usdoj.gov |
| For Defendants Albert Schock, et al. | |
| | OF COUNSEL: |
| | Beatrix T. Saiz |
| | Trial Attorney, Tax Division |
| | U S Department of Justice |
| | P O Box 227 |
| | Ben Franklin Station |
| | Washington DC 20044 |
| | (202) 307-6585 |
| | **(202) 514-6866  (FAX)** |
| | For Plaintiff United States of America |

Dated:  April 19, 2005

**CERTIFICATE OF SERVICE**

      I, Patricia C. Hannigan, hereby certify that on **April 19, 2005**, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following:

**Henry A. Heiman, Esquire**
Heiman Gouge & Kaufman
Delaware Bar I.D. No.127
702 King Street, Suite 600
Wilmington, DE  19801
(302) 658-1800
hheiman@hgkde.com

                                    COLM F. CONNOLLY
                                    United States Attorney

                         By: /s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney
                              Delaware Bar I.D. No. 2145
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              P. O. Box 2046
                              Wilmington, DE 19899-2046
                              (302) 573-6277
                              Patricia.Hannigan@usdoj.gov