99-787 GMS

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-3134

USA v. Schock



To: Clerk

1) Appellants' Response to Jurisdictional Defect Notice Construed as Motion for Voluntary Dismissal of Appeal without Prejudice Pursuant to Fed. R. App. P. 42(b)

---

The foregoing motion is granted and the appeal is hereby dismissed without prejudice. In light of the fact that the order being appealed is not final and has not been certified by the District Court pursuant to Fed. R. Civ. P. 54(b), Appellants may raise this order on appeal from the final judgment in this case.

For the Court,

*Marcia M. Waldron*

Clerk

Dated: February 3, 2004
DRC/cc: Henry A. Heiman, Esq.
       David E. Carmack, Esq.
       Bethany B. Hauser, Esq.

Received and Filed

2-3-04 DRC

Marcia M. Waldron,
Clerk