IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 99-CV-787 |
| | ) | |
| ALBERT SCHOCK, et al., | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, hereby moves the Court to enter an order extending the time to serve its motion for summary judgment to August 1, 2005. The United States requests the extension of time, since the Internal Revenue Service is in the process of refiling its notices of Federal tax liens. Certificated copies of the notices are needed for the motion for summary judgment

Defendants' counsel consents to the extension of time.

For the foregoing reasons, the United States requests that the Court grant the motion for an extension of time and allow the motion for summary judgment to be served on or before August 1, 2005.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                             By:    s/
                                              PATRICIA HANNIGAN
                                              Assistant United States Attorney
                                              Delaware State Bar No. 2145
                                              700 Orange Street, Suite 700
Dated: July 6, 2005                         Wilmington, Delaware 19899-2046

s/
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 99-CV-787 |
| | ) | |
| ALBERT SCHOCK, et al., | ) | |
|     Defendant. | ) | |

## ORDER

Having considered the United States' motion for an extension of time, the same is hereby APPROVED.

SO ORDERED.

Dated this _____ day of _____, 2005, at Wilmington, DE.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>           Plaintiff,            )<br>                                                 )<br>     v.                                          )<br>                                                 )<br>ALBERT SCHOCK, et al.,            )<br>           Defendant.            ) | Civil No. 99-CV-787 |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, under penalty of perjury, that the foregoing UNITED STATES' MOTION FOR AN EXTENSION OF TIME and proposed ORDER were caused to be served this 1st day of July, 2005, by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

>Henry A. Heiman, Esq.
>702 King St., Suite 600
>Wilmington, DE 19899

>  s/  
>BEATRIZ T. SAIZ