## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 99-787-GMS |
| ) | |
| ALBERT SCHOCK, et al., ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, hereby moves the Court to enter an order extending the time to serve its motion for summary judgment to September 1, 2005. The United States requests the extension of time, since the Internal Revenue Service is in the process of refiling its notices of Federal tax liens. Certified copies of the notices are needed for the motion for summary judgment.

Defendants' counsel has no objection to the extension of time.

For the foregoing reasons, the United States requests that the Court grant the motion for an extension of time and allow the motion for summary judgment to be served on or before September 1, 2005.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By  /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated: August 1, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 99-787-GMS |
| ) | |
| ALBERT SCHOCK, et al., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered the United States' unopposed motion for an extension of time, the same is hereby APPROVED.

SO ORDERED.

Dated this _____ day of _____, 2005, at Wilmington, DE.


_____
HONORABLE GREGORY M. SLEET
United States District Judge

**CERTIFICATE OF SERVICE**

  I, Patricia C. Hannigan, hereby certify that on August 1, 2005, I electronically filed the foregoing **UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

  Henry A. Heiman, Esq.
  702 King St., Suite 600
  P.O. Box 1674
  Wilmington, DE 19899
  (302) 658-1800
  hheiman@hgkde.com

          COLM F. CONNOLLY
          United States Attorney

     By: /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov

OF COUNSEL:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585