IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 99-CV-787 |
| | ) | |
| ALBERT SCHOCK, et al., | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR A DEFAULT JUDGMENT

The plaintiff, United States of America, by and through its attorney, and

pursuant to Fed. R. Civ. P. 55, requests that the Court render a judgment by default

against Irma Schock, Alexandra Schock, Phillips & Snyder, Traveler's Bank, and Ocwen

Federal Bank, F.S.B. ("the defaulting defendants") in favor of the United States of

America. The United States named the defaulting defendants as parties to the suit

because they may claim an interest in the two parcels of property which are the subject

of this civil action.

The defaulting defendants have failed to plead or otherwise defend the

complaint and the Clerk entered default against them in 2000. As a result of their

default, the United States seeks a judgment that the defaulting defendants have no

interest in the two parcels of property, specifically in the property located at 400 South

Market Street, Wilmington, DE and at 105 Cleveland Avenue, Newport, DE.

In support of this request, the United States submits the accompanying Brief,

filed herewith.

Dated: September 7, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____

PATRICIA HANNIGAN
Assistant United States Attorney
Delaware State Bar No. 2145
1007 Orange Street
Suite 700
Wilmington, Delaware 19899-2046

_____
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 99-CV-787 |
| | ) | |
| ALBERT SCHOCK, et al., | ) | |
| Defendants. | ) | |

MEMORANDUM OF LAW IN SUPPORT OF THE UNITED
STATES' MOTION FOR DEFAULT JUDGMENT

The United States seeks to have the Court enter a judgment of default against

Irma Schock, Alexandra Schock, Phillips & Snyder, Traveler's Bank, and Ocwen Federal

Bank, F.S.B. ("the defaulting defendants"). The defaulting defendants were named

parties because they claim an interest in the properties which are the subject of this civil

action, and the United States seeks to sell the properties in connection with the

foreclosure of its Federal tax lien.

The United States is entitled to a default judgment pursuant to Fed. R. Civ. P. 55.

At the request of the United States, on February 17, 2000, the Clerk entered a default

against defendants Irma Schock, Phillips & Snyder, and Traveler's Bank because they

failed to plead or otherwise defend the complaint. At the request of the United States,

on November 13, 2000, and on November 16, 2000, the Clerk entered a default against

defendants Alexandra Schock and Ocwen Federal Bank, F.S.B, respectively.

A judgment may now be entered against the defaulting defendants, pursuant to Fed. R. Civ. P. 55(b)(1).

## CONCLUSION

For the foregoing reasons, the United States' motion for default judgment should be granted.

Dated: September 7, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:

PATRICIA HANNIGAN
Assistant United States Attorney
Delaware State Bar No. 2145
1007 Orange Street
Suite 700
Wilmington, Delaware 19899-2046

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
      Plaintiff,                          )
                             )
          v.                             )    Civil No. 99-CV-787
                             )
ALBERT SCHOCK, et al.,               )
      Defendants.                         )

JUDGMENT

This action came on for consideration by the Court on the United States' motion

for a default judgment, and the Court having considered the arguments and

declarations in support thereof,

      ORDERED, ADJUDGED and DECREED that  Irma Schock, Alexandra
      Schock, Phillips & Snyder, Traveler's Bank, and Ocwen Federal Bank,
      F.S.B., have no interest in the property located at 400 South Market Street,
      Wilmington, DE and at 105 Cleveland Avenue, Newport, DE.

Date:_____        _____
                                 UNITED STATES DISTRICT JUDGE

Copies to:

Beatriz T. Saiz, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C.  20044

Henry A. Heiman, Esq.
702 King St., Suite 600
Wilmington, DE 19899

Travelers Bank
100 Commerce Drive
Newark, DE 19713

Phillips & Snyder, P.A.
1200 N. Broom St.
Wilmington, DE 19806

Irma Schock
502 Rockwood Road
Wilmington, DE 19802

Alexandra Schock
105 Cleveland Avenue
Newport, DE 19804

Ocwen Federal Bank, F.S.B.
1675 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 99-CV-787 |
| | ) | |
| ALBERT SCHOCK, et al., | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED UNDER PENALTY OF PERJURY that service of the

foregoing UNITED STATES' MOTION FOR DEFAULT JUDGMENT, BRIEF IN

SUPPORT OF THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT, and

proposed JUDGMENT have been made this _____ 7 day of September, 2005, by

depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Henry A. Heiman, Esq.
702 King St., Suite 600
Wilmington, DE 19899

Travelers Bank
100 Commerce Drive
Newark, DE 19713

Phillips & Snyder, P.A.
1200 N. Broom St.
Wilmington, DE 19806

Irma Schock
502 Rockwood Road
Wilmington, DE 19802

Alexandra Schock
105 Cleveland Avenue
Newport, DE 19804

Ocwen Federal Bank, F.S.B.
1675 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401

_____
BEATRIZ T. SAIZ