IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 99-CV-787 |
| ) | |
| ALBERT SCHOCK, et al., ) | |
| Defendants. ) | |

## JUDGMENT

This action came on for consideration by the Court on the United States' motion for a default judgment, and the Court having considered the arguments and declarations in support thereof,

ORDERED, ADJUDGED and DECREED that Irma Schock, Alexandra Schock, Phillips & Snyder, Traveler's Bank, and Ocwen Federal Bank, F.S.B., have no interest in the property located at 400 South Market Street, Wilmington, DE and at 105 Cleveland Avenue, Newport, DE.

Date: April 7, 2006

UNITED STATES DISTRICT JUDGE

Copies to:

Beatriz T. Saiz, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044