IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 99-CV-787-GMS |
| | )<br>) |
| ALBERT SCHOCK, et al.,<br>　　　Defendants. | )<br>)<br>) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The plaintiff, United States of America, by and through its attorney, and pursuant to Fed. R. Civ. P. 56, hereby requests that the Court enter judgment against defendants Albert Shock and Woldemar Schock ("Schocks") and in favor of the United States of America. On June 13, 2003, the Court found the Schocks liable for the trust fund recovery penalty assessments made against them related to the withholding taxes of Schock Brothers, Inc. for the periods ending March of 1986 through December of 1988. The Court, on the same date, also found Woldemar Schock liable for the trust fund recovery penalty assessments made against him related to the withholding taxes of Kitchen & Bath Stores, Inc. for the periods ending March of 1993 through June of 1996. The only remaining matter, in this case, is to move to foreclose on the Federal tax liens which arose as a result of the aforementioned assessments.

The United States hereby requests that a judgment be entered (1) against the Schocks declaring that Federal tax liens exist in favor of the United States against all property and rights to property of the Schocks, and their interests in 400 South Market Street, Wilmington, DE and 105 Cleveland Avenue, Newport, DE (the "Real

Properties"); (2) declaring that the Federal tax liens in favor of the United States are superior to the interests, if any, of all the defendants in the Real Properties; and (3) foreclosing the Federal tax liens upon the Real Properties and ordering the sale of the Real Properties.

Attached hereto and incorporated herein is a brief in support of the motion.

Dated: October 16, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Patricia Hannigan

PATRICIA HANNIGAN
Assistant United States Attorney
Delaware State Bar No. 2145
1007 N. Orange Street; Suite 700
Wilmington, Delaware 19899-2046

/s/ Beatriz T. Saiz

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | Civil No. 99-CV-787 |
| ALBERT SCHOCK, et al.,<br>    Defendants. | )<br>)<br>) | |

ORDER

UPON CONSIDERATION of the United States' motion for summary judgment and the reasons therefore, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED, ADJUDGED, AND DECREED that the United States has valid and subsisting Federal tax liens – by virtue of the tax assessments made against Defendant Albert Schock for the trust fund recovery penalty assessments related to the withholding taxes of Schock Brothers, Inc. for the periods ending March of 1986 through December of 1988 – which attached and remain attached to 400 South Market Street, Wilmington, DE and 105 Cleveland Avenue, Newport, DE;

ORDERED, ADJUDGED, AND DECREED that the United States has valid and subsisting Federal tax liens – by virtue of the tax assessments made against Defendant Woldemar Schock for the trust fund recovery penalty assessments related to the withholding taxes of Schock Brothers, Inc. for the periods ending March of 1986 through December of 1988 and for the withholding taxes of Kitchen and Bath Stores, Inc. for the periods ending March of 1993 through June of 1996 – which attached and remain attached to 400 South Market Street, Wilmington, DE;

ORDERED, ADJUDGED, and DECREED that the Federal tax liens be foreclosed upon the real property located at 400 South Market Street, Wilmington, DE and 105 Cleveland Avenue, Newport, DE;

ORDERED, ADJUDGED, and DECREED that the properties described above be sold by the United States free and clear of the interests of the defendants, and in accordance with the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3001, et seq., or by the Internal Revenue Service's Property Asset Liquidation Specialists, and that the proceeds from said sale be distributed in the following order of priority: (i) the

administrative costs of the sale; (ii) the indebtedness of Albert Schock and Woldemar Schock to the United States; and (iii) the remainder, if any, to Albert Schock and/or Woldemar Schock.

Dated this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on October 18, 2006, I electronically filed the foregoing **UNITED STATES' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Henry A. Heiman**
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
hheiman@hgkde.com

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                     By:   /s/Patricia C. Hannigan
                                          Patricia C. Hannigan
                                          Assistant United States Attorney
                                          Delaware Bar I.D. No. 2145
                                          The Nemours Building
                                          1007 Orange Street, Suite 700
                                          P. O. Box 2046
                                          Wilmington, DE 19899-2046
                                          (302) 573-6277
                                          Patricia.Hannigan@usdoj.gov

OF COUNSEL:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585