IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Civil No. 99-CV-787-GMS |
| ALBERT SCHOCK, et al.,<br>    Defendants. | )<br>)<br>) |

## BRIEF IN SUPPORT OF THE
## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

This is a civil action in which the United States sought to reduce tax assessments to judgment and to foreclose on its tax liens. On June 13, 2003, the Court granted the United States' motion for summary judgment on Counts I and II of the Complaint and reduced the tax assessments to judgment against the Schocks. The Court determined that Albert Schock, as a result of the tax assessments, was indebted to the United States in the amount of $140,429.11, excluding statutory additions.[1] The Court determined that Woldemar Schock, as a result of the tax assessments, was indebted to the United States in the amount of $195,021.53, excluding statutory additions.[2]

This motion addresses Counts III and IV of the Complaint which seeks to

---

[1] The Court determined that Albert Schock was liable for the trust fund recovery penalty assessments related to the withholding taxes of Schock Brothers, Inc. for the periods ending March of 1986 through December of 1988.

[2] The Court determined that Woldemar Schock was liable for the trust fund recovery penalty assessments related to the withholding taxes of Schock Brothers, Inc. for the periods ending March of 1986 through December of 1988. The Court also determined that Woldemar Schock was liable for the trust fund recovery penalty assessments related to the withholding taxes of Kitchen & Bath Stores, Inc. for the periods ending March of 1993 through June of 1996.

foreclose on the Federal tax liens on two parcels of property. The two parcels of property upon which the United States seeks to foreclose are located at 400 South Market Street, Wilmington, DE and 105 Cleveland Avenue, Newport, DE.

## STATEMENT OF MATERIAL FACTS

1. On February 27, 1989, a delegate of the Secretary of the Treasury of the United States made an assessment in accordance with the law against Albert Schock, pursuant to provisions of Section 6672 of the Internal Revenue Code by reason of his willful failure to collect, account for, and pay over withheld income and Federal Insurance Contributions Act taxes due and owing from Schock Brothers, Inc. for the periods ending March 31, 1986 through December 31, 1987. See Gov't Exh. 24, attached to the government's initial motion for summary judgment. On May 29, 1989, a delegate of the Secretary of the Treasury of the United States made an assessment in accordance with the law against Albert Schock, pursuant to provisions of Section 6672 of the Internal Revenue Code by reason of his willful failure to collect, account for, and pay over withheld income and Federal Insurance Contributions Act taxes due and owing from Schock Brothers, Inc. for the periods ending March 31, 1988 through December 31, 1988. See Gov't Exh. 24, attached to the government's initial motion for summary judgment.

2. On February 27, 1989, a delegate of the Secretary of the Treasury of the United States made an assessment in accordance with the law against Woldemar Schock, pursuant to provisions of Section 6672 of the Internal Revenue Code by reason

of his willful failure to collect, account for, and pay over withheld income and Federal Insurance Contributions Act taxes due and owing from Schock Brothers, Inc. for the periods ending March 31, 1986 through December 31, 1987. See Gov't Exh. 25, attached to the government's initial motion for summary judgment. On June 19, 1989, a delegate of the Secretary of the Treasury of the United States made an assessment in accordance with the law against Woldemar Schock, pursuant to provisions of Section 6672 of the Internal Revenue Code by reason of his willful failure to collect, account for, and pay over withheld income and Federal Insurance Contributions Act taxes due and owing from Schock Brothers, Inc. for the periods ending March 31, 1988 through December 31, 1988. See Gov't Exh. 25, attached to the government's initial motion for summary judgment.

3. On February 19, 1997, a delegate of the Secretary of the Treasury of the United States made an assessment in accordance with the law against Woldemar Schock, pursuant to provisions of Section 6672 of the Internal Revenue Code by reason of his willful failure to collect, account for, and pay over withheld income and Federal Insurance Contributions Act taxes due and owing from Kitchen & Bath Store, Inc. for the periods ending March 31, 1993 through June 30, 1986. See Gov't Exh. 26, attached to the government's initial motion for summary judgment.

4. In June of 1981, the Schocks purchased real property located at 400 South Market Street, Wilmington, DE. See Complaint ¶ 35.

5. In December of 1973, Albert Schock was transferred real property located

3

at 105 Cleveland Avenue, Newport, DE. See Complaint ¶ 45.

6. The United States filed Notices of Federal Tax Liens against the Schocks in the Recorder's Office of New Castle County, Delaware. See Declaration of Beatriz T. Saiz, Exhibits 28, 29.

7. Except the Schocks, no other party has an interest in the property identified in paragraphs 4 and 5 above. See Declaration of Beatriz T. Saiz, Exhibit 30.

THE UNITED STATES HAS VALID AND SUBSISTING TAX LIENS AS A RESULT OF THE TAX ASSESSMENTS MADE AGAINST THE SCHOCKS WHICH ATTACHED AND REMAIN ATTACHED TO THEIR PROPERTY AND RIGHTS TO PROPERTY

Under 26 U.S.C. § 6321, a lien arises in favor of the United States upon all of a taxpayer's property and right to property, whether real or personal, when that taxpayer neglects or refuses to pay a tax liability after notice and demand. The lien relates back to the date of the assessment. 26 U.S.C. § 6322.

> Section 6321 of the Internal Revenue Code provides as follows:
> If any person liable to pay any tax neglects or refuses to pay the same after demand, the amount (including any interest, additional amount, addition to tax, or assessable penalty, together with any costs that may accrue in addition thereto) shall be a lien in favor of the United States upon all property and rights to property, whether real or personal belonging to such person.

Pursuant to the foregoing provision of the Internal Revenue Code, federal tax liens arose against the Schocks on the dates of assessments and attached to all property and rights to property acquired by the Schocks during the life of the lien. 26 U.S.C. § 6322.

In 1989, Federal tax liens arose as a result of the above tax assessments which

4

attached to all of Albert Schock's and Woldemar Schock's property and rights to property. The Federal tax lien attached to the property located at 400 South Market Street, Wilmington, DE and at 105 Cleveland Avenue, Newport, DE. None of the other defendants have an interest in the two parcels of real property. The Court should order that the Federal tax liens be foreclosed and the two parcels of property be sold by the United States.

## CONCLUSION

For the reasons stated above, the Court should grant the United States' Motion for Summary Judgment.

Dated: October 17, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Patricia Hannigan

PATRICIA HANNIGAN
Assistant United States Attorney
Delaware State Bar No. 2145
1007 N. Orange Street; Suite 700
Wilmington, Delaware 19899-2046

/s/ Beatriz T. Saiz

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) |
| v. | )     Civil No. 99-CV-787 |
| ALBERT SCHOCK, et al.,<br>      Defendant. | )<br>)<br>) |

### DECLARATION OF BEATRIZ T. SAIZ

I, Beatriz T. Saiz, hereby state and declare pursuant to the provisions of 28 U.S.C. § 1746(2) as follows:

1. I am a trial attorney with the Department of Justice in Washington, D.C. and have been assigned litigation responsibilities for the above-captioned case.

2. Attached hereto is a true and correct copy of a certified copy of a Notice of Federal Tax Lien related to Albert Shock recorded at the Recorder of Deeds for New Castle County, State of Delaware. The notice is attached as Exhibit 28.

3. Attached hereto is a true and correct copy of a certified copy of a Notice of Federal Tax Lien related to Woldemar Shock recorded at the Recorder of Deeds for New Castle County, State of Delaware. The notice is attached as Exhibit 29.

4. Attached hereto is a true and correct copy of a Judgment issued in this case. The Judgment is attached as Exhibit 30.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October, 2006.

*[signature]*

Beatriz T. Saiz

State of Delaware }
                  } ss.
New Castle County }

I, Michael E. Kozikowski,

Recorder of Deeds for New Castle County, State of Delaware, do hereby certify that the above and foregoing is a true and correct copy of:

NOTICE OF FEDERAL TAX LIEN

TO

ALBERT SCHOCK

as the same appears of Record in the Recorder's Office for said County, in

Record Book _____ FEDERAL TAX LIEN _____,

Book _____, Page _____,

Instrument Number _____ 20050912-0092382 _____

Witness my hand and official seal, this _____ SEVENTH _____

day of _____ OCTOBER _____ A.D. _____ 2005 _____

_Michael C. Kozikowski_
New Castle County Recorder of Deeds

8725

Form 668 (Y)(c)
(Rev. February 2004)

**Department of the Treasury - Internal Revenue Service**
# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #4  Lien Unit Phone: (800) 913-6050 | Serial Number  246232405 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

```
20050912-0092382
Pages: 1    F: $0.00
09/12/05 11:10:28 AM
T20050074011
Michael E. Kozikowski
New Castle Recorder   FED T
```

Name of Taxpayer  ALBERT SCHOCK

Residence  105 CLEVELAND AVE
NEWPORT, DE 19804

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/1987 | | 02/27/1989 | N/A | 23264.20 |
| 6672 | 12/31/1988 | | 05/29/1989 | N/A | 46882.97 |

| Place of Filing  Recorder of Deeds  New Castle County  Wilmington, DE 19801 | Total $ | 70147.17 |
|---|---|---|

This notice was prepared and signed at  BALTIMORE, MD  , on this,

the  31st  day of  August  , 2005.

| Signature  *Susan A. Hansen*  for DAVID SCHOETTINGER | Title  SPF ADVISOR  (302) 678-2486 | 24-97-6917 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)          Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

28
p. 2 of 2

RECEIVED
EASTERN REGION
TAX DIVISION

2005 OCT 13  PM 12: 56

State of Delaware }
} ss.
New Castle County }

I, Michael E. Kozikowski,

Recorder of Deeds for New Castle County, State of Delaware, do hereby certify

that the above and foregoing is a true and correct copy of:

NOTICE OF FEDERAL TAX LIEN

TO

WOLDEMAR SCHOCK

as the same appears of Record in the Recorder's Office for said County, in

Record Book ___ FEDERAL TAX LIEN ___,

Book _____, Page _____,

Instrument Number ___ 20050912-0092381 ___

Witness my hand and official seal, this ___ SEVENTH ___

day of ___ OCTOBER ___ A.D. ___ 2005 ___

*Michael C. Kozikwski*
New Castle County Recorder of Deeds

29, p.1 of 2

8726

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service
## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #4<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>246232205 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

20050912-0092381
Pages: 1   F: $0.00
09/12/05 11:10:08 AM
T20050074011
Michael E. Kozikowski
New Castle Recorder   FED T

Name of Taxpayer  WOLDEMAR SCHOCK

Residence   502 ROCKWOOD ROAD
            WILMINGTON, DE 19802

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 12/31/1987 | | 02/27/1989 | N/A | 23935.31 |
| 6672 | 12/31/1988 | | 05/29/1989 | N/A | 46882.97 |

| Place of Filing | Recorder of Deeds<br>New Castle County<br>Wilmington, DE 19801 | Total $ | 70818.28 |
|---|---|---|---|

This notice was prepared and signed at _____BALTIMORE, MD_____, on this,

the __31st__ day of __August__, __2005__.

| Signature | *Susan A. Hansen* | Title<br>SPF ADVISOR<br>(302) 678-2486 | 24-97-6917 |
|---|---|---|---|
| for DAVID SCHOETTINGER | | | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)      Part 1 - Kept By Recording Office      Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

29
p. 2 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALBERT SCHOCK, et al.,<br>Defendants. | Civil No. 99-CV-787 |

## JUDGMENT

This action came on for consideration by the Court on the United States' motion for a default judgment, and the Court having considered the arguments and declarations in support thereof,

ORDERED, ADJUDGED and DECREED that Irma Schock, Alexandra Schock, Phillips & Snyder, Traveler's Bank, and Ocwen Federal Bank, F.S.B., have no interest in the property located at 400 South Market Street, Wilmington, DE and at 105 Cleveland Avenue, Newport, DE.

Date: April 7, 2006

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Beatriz T. Saiz, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044



## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on October 18, 2006, I electronically filed the foregoing **BRIEF IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Henry A. Heiman**
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
hheiman@hgkde.com

                                  COLM F. CONNOLLY
                                  United States Attorney

                           By: /s/Patricia C. Hannigan
                                Patricia C. Hannigan
                                Assistant United States Attorney
                                Delaware Bar I.D. No. 2145
                                The Nemours Building
                                1007 Orange Street, Suite 700
                                P. O. Box 2046
                                Wilmington, DE 19899-2046
                                (302) 573-6277
                                Patricia.Hannigan@usdoj.gov

OF COUNSEL:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585