**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>         Plaintiff,                                       )<br>                                                            )<br>         v.                                                 )         C.A. No. 99-CV-787 (GMS)<br>                                                            )<br>ALBERT SCHOCK, <u>ET AL.</u>,                 )<br>         Defendants.                                 ) | |

**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWERING BRIEF**

Defendants Albert Schock and Woldemar Schock and the United States of America, by and through their respective undersigned counsel, hereby Stipulate and Agree that the time for Defendants Albert Schock and Woldemar Schock to file a response to the Motion of the United States of America for Summary Judgment shall be extended from November 1, 2006 to November 16, 2006.

Defendants have requested the extension, because counsel for Defendants has not had an opportunity to consult with the clients due to the short time frame for response under Local Rule 7.1.2 and counsel for Defendants will be out-of-town in depositions next week followed by a scheduled vacation.

BALANCE OF PAGE INTENTIONALLY BLANK

| HEIMAN, GOUGE & KAUFMAN, LLP | UNITED STATES OF AMERICA |
|---|---|
| */s/ Henry A. Heiman* | */s/ Patricia Hannigan* |
| Henry A. Heiman (DSB # 127) | Patricia Hannigan (DSB #2145) |
| 800 King Street | Assistant United States Attorney |
| Suite 303 | 1007 North Orange Street |
| P.O. Box 1674 | Suite 700 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-1800 | |
| (302) 658-1473 (fax) | Beatriz T. Saiz |
| hheiman@hgkde.com | Trial Attorney, Tax Division |
| | US Department of Justice |
| Attorney for Albert Schock | P.O. Box 227 |
| Woldemar Schock | Washington, DC 20044 |

SO ORDERED this _____ day of _____, 2006.

_____
Gregory M. Sleet, Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **CIVIL NO. 99-CV-787 (GMS)** |
| **ALBERT SCHOCK et al.** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

I, Henry A. Heiman, hereby certify that I caused one true and correct copy of the within Stipulation and Order Extending Time to File Answering Brief to be sent on October 30, 2006 as indicated to those listed below:

**Via Regular Mail**
Beatriz T. Saiz, Esquire
U.S. Attorney's Office
P.O. Box 227
Washington, DC 20044

**Via Hand Delivery**
Patricia C. Hannigan, Esquire
U.S. Attorney's Office
1201 Market Street, Suite 1100
Wilmington, DE 19801

Heiman, Gouge & Kaufman, LLP

*/s/ Henry A. Heiman*
Henry A. Heiman, (DSB # 127)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800