IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : <br> : <br> : | C.A. No. 99-CV-787(GMS) |
| v. | : <br> : | |
| ALBERT SCHOCK, et al.,<br>Defendant. | : <br> : | |

STIPULATION AND ORDER EXTENDING TIME TO FILE A REPLY BRIEF

The United States of America and Defendants Albert Schock and Woldemar Schock, by and through their respective undersigned counsel, hereby Stipulate and Agree that the time for the United States to file a reply to the defendants' opposition to the motion for summary judgment shall be extended from November 24, 2006 to November 30, 2006.

The United States has requested the extension, because counsel for the United States will be away for the Thanksgiving holiday and has depositions scheduled on November 27 and 28.

BALANCE OF PAGE INTENTIONALLY BLANK

| UNITED STATES OF AMERICA | HEIMAN, GOUGE & KAUFMAN, LLP |
|---|---|
| /s/ Patricia Hannigan<br>Patricia Hannigan (DSB #2145)<br>Assistant United States Attorney<br>1007 North Orange Street<br>Suite 700<br>Wilmington, DE 19801<br>(302) 573-6277<br><br>Beatriz T. Saiz<br>Trial Attorney, Tax Division<br>US Department of Justice<br>P.O. Box 227<br>Washington, DC 20044<br>(202) 307-6585 | /s/ Henry A. Heiman<br>Henry A. Heiman (DSB#127)<br>800 King Street<br>Suite 303<br>P.O. Box 1674<br>Wilmington, DE 19801<br>(302) 658-1800<br>(302) 658-1473 (fax)<br><br>Attorney for Albert Schock and<br>Woldemar Schock |

SO ORDERED this _____ day of _____, 2006.

_____
Gregory M. Sleet, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on November 16, 2006, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING TIME TO FILE A REPLY BRIEF** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Henry A. Heiman**
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
hheiman@hgkde.com

        COLM F. CONNOLLY
        United States Attorney

        By:  /s/Patricia C. Hannigan
            Patricia C. Hannigan
            Assistant United States Attorney
            Delaware Bar I.D. No. 2145
            The Nemours Building
            1007 Orange Street, Suite 700
            P. O. Box 2046
            Wilmington, DE 19899-2046
            (302) 573-6277
            Patricia.Hannigan@usdoj.gov

OF COUNSEL:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585