IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>ALBERT SCHOCK, et al., )<br>    Defendants. ) | Civil No. 99-CV-787 |

## REPLY IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States respectfully requests that the Court should grant its motion for summary judgment and that judgment be entered (1) against Albert and Woldemar Schock ("Schocks") declaring that Federal tax liens exist in favor of the United States against all property and rights to property of the Schocks, and their interests in 400 South Market Street, Wilmington, DE and 105 Cleveland Avenue, Newport, DE (the "Real Properties"); (2) declaring that the Federal tax liens in favor of the United States are superior to the interests, if any, of all the defendants in the Real Properties; and (3) foreclosing the Federal tax liens upon the Real Properties and ordering the sale of the Real Properties.

This Court determined in June of 2003 that the Schocks were liable for trust fund recovery penalties assessed against them. Further, the Court determined in April of 2006 that Irma Schock, Alexandra Schock, Phillips & Snyder, Traveler's Bank, and Ocwen Federal Bank, F.S.B. had no interest in the properties at issue in this case. The

last issues to be resolved were the three listed above. Accordingly, the United States moved for summary judgment.

Defendants oppose the motion for summary judgment on two grounds: (1) this Court's prior default judgment was improper; and (2) laches.

The grounds on which defendants contend the prior default judgment was improper are difficult to understand. The United States sought a determination of the defendants' interest in the real properties. When they failed to respond, the United States obtained a default judgment declaring that the non-responding defendants did not have an interest in the real properties. In their present opposition, defendants argue that obtaining the default judgment was improper because it constituted a declaratory judgment, which the United States did not seek in its original complaint. The United States simply disagrees with the defendants on this issue. The United States sought a declaration of the rights of the defendants in the real properties, the defendants failed to respond, so the United States sought and was granted a default judgment holding that the non-responding defendants did not have an interest in the real properties. In addition, defendants fail to explain why they did not oppose the request for default judgment when it was sought in September of 2005.

The defendants' assertion of laches is also misplaced. First, defendants assert no prejudice as a result of the delays. Second, laches is not a proper claim against the United States. Costello v. United States, 365 U.S. 265, 281 (1961).

The defendants have not raised any issues of material fact in their opposition to the motion for summary judgment as required by Fed. R. Civ. P. 56. Thus, the United States requests that the Court grant its motion for summary judgment and order the foreclosure of the Federal tax liens and the sale of the real property located at 400 South Market Street, Wilmington, DE and at 105 Cleveland Avenue, Newport, DE.

Dated: November 30, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
PATRICIA HANNIGAN
Assistant United States Attorney
Delaware State Bar No. 2145
1007 N. Orange Street; Suite 700
Wilmington, Delaware 19899-2046

_____
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALBERT SCHOCK, et al.,<br>Defendants. | )<br>)<br>)<br>) Civil No. 99-CV-787<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED UNDER PENALTY OF PERJURY that service of the foregoing REPLY IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT has been made this 30th day of November, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Henry A. Heiman, Esq.
702 King St., Suite 600
Wilmington, DE 19899

_____
BEATRIZ T. SAIZ