NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | CIRCUIT COURT<br>DOCKET NUMBER: _____ |
| v. | DISTRICT COURT<br>DOCKET NUMBER: C.A. NO. 99-787(GMS) |
| **ALBERT SCHOCK, ET AL.** | DISTRICT COURT<br>JUDGE: GREGORY M. SLEET |

   Notice is hereby given that Albert Schock, et al., appeals to the United States Court of Appeals for the Third Circuit from Order for Summary Judgment entered into this action on February 11, 2008.

Dated:  April 9, 2008

_/s/ Albert Schock_
Albert Schock, pro se
105 Cleveland Avenue
Newport, Delaware 19804
(302) 290-0412

_/s/ Woldemar Schock_
Woldemar Schock, pro se
502 Rockwood Road
Wilmington, Delaware 19802
(302) 764-2389

Christopher R. Zaetta, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Certificate of Service.

To Patricia C. Hannigan
US Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

Via First Class Mail on 4/10/08

[signature]