# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2067

USA v. Albert Schock, et al

1-99-cv-00787

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Date:  May 12, 2008

cc:

Albert Schock
Woldemar Schock
Virginia A. Gibson, Esq.
Patricia C. Hannigan, Esq.
Henry A. Heiman, Esq.